Brown Estate.

Argued October 5, 1955. Before STERN, C. J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.

*Vincent E. Williams* and *Robert H. Rial,* with them *Smith, Best & Horn,* and *Walls, Rial & Morrell,* for appellant.

*Edward B. Doran,* for appellees.

OPINION PER CURIAM, January 13, 1956:

The decree is affirmed on the opinion of President Judge COPELAND at 4 D. & C. 2d 722, costs to be borne by the estate.